The People of the State of New York ex rel. Orlando Jones, Respondent, *v.* Joseph Langan, a Lieutenant of Police, Appellant.

Same, Respondent, *v.* Same, Appellant.

*People ex rel. Jones* v. *Langan,* 132 App. Div. 937, affirmed.
(Argued October 11, 1909 ; decided November 9, 1909.)

Appeal in each of the above-entitled actions from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 7, 1909, which affirmed an order of Special Term sustaining a writ of habeas corpus and directing the discharge of the relator from custody.

*John F. Clarke, District Attorney* (*Robert H. Elder* of counsel), for appellant.

*Joseph S. Auerbach, John B. Stanchfield* and *Charles H. Tuttle* for respondent.

Orders affirmed on opinions in *People ex rel. Lichtenstein* v. *Langan* (196 N. Y. 260).
Concur: Cullen, Ch. J., Haight, Willard Bartlett, Hiscock and Chase, JJ. Dissenting : Vann, J. Not sitting: Edward T. Bartlett, J.